UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ywi M., 

        Petitioner,

v.

Donald J. Trump, in his official capacity as President of the United States; Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; Pamela Bondi, in her official capacity as Attorney General of the United States; and David Easterwood, Acting Director, St. Paul Field Office U.S. Immigration and Customs Enforcement,

        Respondents.

Civ. No. 26-185 (PAM/SGE)

**ORDER**

---

**IT IS HEREBY ORDERED that:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than January 15, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits, including documentation of any criminal record, as are needed to establish the lawfulness and correct duration

        of Petitioner's detention in light of the issues raised in the habeas petition;

   b.    A reasoned memorandum of law and fact explaining whether Petitioner has been granted a bond hearing and Respondents' legal position on Petitioner's claims; and

   c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioner intends to file a reply to Respondents' answer, he must do so by January 20, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: <u>January 13, 2026</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge