UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Ywi M.,<br><br>Petitioner,<br><br>v.<br><br>Donald J. Trump, in his official capacity as President of the United States; Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; Pamela Bondi, in her official capacity as Attorney General of the United States; and David Easterwood, Acting Director, St. Paul Field Office U.S. Immigration and Customs Enforcement,<br><br>Respondents. | Civ. No. 26-185 (PAM/SGE)<br><br>**ORDER** |

---

This matter is before the Court on Petitioner Ywi M.'s Motion to Dismiss. (Docket No. 6.) Petitioner moves to dismiss this action, because she has been released from Respondents' custody, rendering this matter moot.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's Motion to Dismiss (Docket No. 6) is **GRANTED** and this matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 21, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge