# UNITED STATES DISTRICT COURT
## District of Minnesota

Ywi Mo,

Petitioner(s),

v.

Donald Trump, Kristi Noem, Todd M. Lyons,
Pamela Bondi and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-185 PAM/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's Motion to Dismiss (Docket No. 6) is GRANTED and this matter is DISMISSED without prejudice.

Date: 1/22/2026

KATE M. FOGARTY, CLERK